THE PEOPLE OF THE STATE OF NEW YORK ex rel. EVANDER M. HAMILTON, Respondent, *v.* WILLIAM D. STRATTON et al., Constituting the Board of Water Commissioners of the City of Middletown, et al., Appellants.

*People ex rel. Hamilton* v. *Stratton*, 79 App. Div. 149, affirmed.
(Submitted March 17, 1903; decided March 31, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 2, 1903, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant board of water commissioners to appoint the relator to the office of clerk of said board.

*Thomas Watts* for appellants.

*Henry W. Wiggins* and *Russell Wiggins* for respondent.

Order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.